IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY M. DASARO,<br><br>    Plaintiff,<br><br>  v.<br><br>THE COCA-COLA COMPANY,<br><br>    Defendant.<br>_____/ | No. C 12-2586 CW<br><br>ORDER RESCHEDULING JUNE 20, 2012 CASE MANAGEMENT CONFERENCE |

    This putative class action was filed on May 18, 2012 and is scheduled for a case management conference on June 20, 2012. However, Plaintiff has not filed proof that he has served Defendant and the parties have not submitted a case management statement, pursuant to the Court's Local Rule 16-9. Under Federal Rule of Civil Procedure 4(m), if Defendant is not served within 120 days after the complaint is filed, the Court may, on its own motion, dismiss the action without prejudice against Defendant.

    The Court also notes that this case is related to two other actions, Yee v. Simply Orange Juice Co., et al., 12-cv-1170 CW and Sovocool v. Coca-Cola Company, 12-cv-2064 CW. Last week Yee and Sovocool were ordered transferred to the Western District of

Missouri for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. § 1407. See In re: Simply Orange Juice Marketing and Sales Practices Litigation, MDL No. 2361, June 11, 2012 Transfer Order and June 12, 2012 Conditional Transfer Order.

Plaintiff's counsel shall promptly notify the clerk of the Multidistrict Litigation Panel of the pendency of this action. By June 29, 2012, Plaintiff shall provide a status update as to the relationship between this action and In re: Simply Orange Juice Marketing and Sales Practices Litigation, MDL No. 2361. The case management conference for this action is stayed pending service and a determination as to whether this action will be transferred to the Western District of Missouri.

IT IS SO ORDERED.

Dated: 6/20/2012

CLAUDIA WILKEN
United States District Judge